396 A.2d 853

Commonwealth v. Wexler et al., Appellants.

Petition for Allowance of Appeal Granted Feb. 26, 1979.

636

Argued September 13, 1978. Martin Wexler, appellant, in propria persona; Ronald T. Williamson, Assistant District Attorney, submitted a brief for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

OPINION PER CURIAM: After oral argument, and a review of the record and briefs, the order of the lower court is affirmed on the opinion of HONEYMAN, J.